# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | | |
|---|---|---|
| NATALIE BAKER AND DEMETRIA STALLWORTH, individually and on behalf of other similarly situated individuals, | ) ) ) ) ) ) | **JOINT MOTION FOR SETTLEMENT APPROVAL** |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No.3:11-cv-00401-MCR-CJK |
| CLEAR WIRELESS, LLC, | ) ) | |
| Defendant. | ) ) | |

Now come the parties in the above-captioned matter, by their counsel of record, and move this Court to grant the parties' Joint Motion for Settlement Approval.

Dated: October 15, 2012         NICHOLS KASTER, PLLP

s/Anna P. Prakash
Paul J. Lukas, MN Bar No. 22084X*
Michele R. Fisher, MN Bar No. 303069**
Anna P. Prakash, MN Bar No. 0351362**
Tim C. Selander, FL Bar No. 36468
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 338-4878
aprakash@nka.com
*application for pro hac vice admission
        forthcoming
**admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

1

Dated: October 15, 2012                    DAVIS WRIGHT TREMAINE, LLP

/s/Gillian Murphy
Kathryn S. Rosen, WSBA#29465
Gillian Murphy, WSBA # 37200
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax (206) 757-7700

ATTORNEYS FOR DEFENDANT