# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| NATALIE BAKER AND DEMETRIA STALLWORTH, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CLEAR WIRELESS, LLC,<br><br>Defendant. | **PLAINTIFFS' AND PLAINTIFFS' COUNSEL'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS AND NAMED PLAINTIFF INCENTIVE AWARDS**<br><br>Court No.3:11-cv-00401-MCR-CJK |

Plaintiffs and Plaintiffs' Counsel hereby respectfully move the Court for an Order granting the following awards from the parties' settlement:

1. Named Plaintiff Incentive Award to Natalie Baker in the amount of $500.00;

2. Named Plaintiff Incentive Award to Demetria Stallworth in the amount of $500.00;

3. Attorneys' Fees Award to Nichols Kaster, PLLP in the amount of $97,849.72; and

4. Reimbursement to Nichols Kaster, PLLP for out-of-pocket costs spent on the prosecution of litigation and settlement administration in the amount of $17,000.00.

Dated: October 15, 2012

NICHOLS KASTER, PLLP

s/Anna P. Prakash
Paul J. Lukas, MN Bar No. 22084X*
Michele R. Fisher, MN Bar No. 303069**
Anna P. Prakash, MN Bar No. 0351362**
Tim C. Selander, FL Bar No. 36468
4600 IDS Center
80 South 8th Street

1

Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 338-4878
aprakash@nka.com
*application for pro hac vice admission
     forthcoming
**admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS