UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NATALIE BAKER, et al.,**

    **Plaintiffs,**

v.                                                                 Case No. 3:11cv401-MCR/CJK

**CLEAR WIRELESS, LLC,**

    **Defendant.**
_____/

## ORDER

    Based on the submissions of the parties and the record in this case, the parties' Joint Motion for Settlement Approval is GRANTED.  Plaintiffs' and Plaintiffs' Counsel's Motion for Attorneys' Fees, Litigation Costs, and Named Plaintiff Incentive Awards is also GRANTED.  The gross settlement amount, inclusive of the proposed allocations and requested awards to Plaintiffs and their counsel, is to be paid and distributed as described in the parties' settlement agreement and moving papers.

    The court hereby **DISMISSES** the above-entitled action from the active docket of the court.  In the event the settlement is not consummated, the court reserves the power to reopen the case for further proceedings upon motion filed by any party within thirty (30) days of the date of this order and a showing of good cause as required by this court's local rules.  *See* N.D. Fla. Loc. R. 16.2(D).  At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of thirty (30) days without activity, the Clerk is directed to close the case in its entirety for all purposes

    **DONE and ORDERED on this 19th day of October, 2012.**

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**